$500,000 PRB TO CO-SIGNED BY 3 FINANCIALLY RESPONSIBLE PERSON'S; SECURED BY FATHER IN LAW'S HOUSE IN VIRGINIA (WHICH WILL REPLACE THE $20,000 CASH POSTED IN SOUTHERN DISTRICT OF FLORIDA; TRAVEL LIMITED TO SDNY/EDNY; EASTERN DISTRICT OF VIRGINIA; SOUTHERN DISTRICT OF FLORIDA; SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS); DEFT TO BE RELEASED UPON SIGNING THE PRB; REMAINING CONDITIONS TO BE MET BY 8/4/2005 **REGULAR PRETRIAL SUPERVISION**

AO 98 (Rev. 6/85)

# United States District Court
## SOUTHERN DISTRICT OF NEW YORK

05mj-51

| UNITED STATES OF AMERICA | APPEARANCE BOND |
|---|---|
| V. | CASE NUMBER |
| JOSHUA YAFA | 05 MAG 1208 |
| Defendant | |

Non-surety: I, the undersigned defendant acknowledge that I and my...
Surety: We, the undersigned, jointly and severally acknowledge that we and our...
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of

$ 500,000 , and there has been deposited in the Registry of the Court the sum of

$ _____ in cash or PROPERTY; FATHER IN LAW'S HOUSE IN VIRGINIA (WHICH WILL REPLACE THE $20,000 CASH POSTED IN SOUTHERN DISTRICT OF FLORIDA)

Describe other security

The conditions of this bond are that the defendant    JOSHUA YAFA
                                                       Name

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a manner by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgement.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on July 28, 2005 at U.S. Courthouse, 500 Pearl Street, New York, N.Y. 10007

Defendant: JOSHUA YAFA    Address: Coconut Grove Florida 33146

Surety: ENRIQUE PENA    Address: _____

Surety: JACQUELINE YAFA    Address: _____

Signed and acknowledged before me on    July 28, 2005
                                          Date

Judicial Officer/Clerk

Approved: _____
Judicial Officer

AUSA STEVEN FELDMAN

CASE NUMBER 05 MAG 1208

DEFENDANT JOSHUA YAFA

AS TO CO-SIGNERS:

| SIGN: *Elaine Vlahakis* | ADDRESS: |
|---|---|
| PRINT: ELAINE VLAHAKIS | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

| SIGN: | ADDRESS: |
|---|---|
| PRINT: | |

SIGNED AND ACKNOWLEDGED BEFORE ME ON THIS __4__ DAY OF __8__ 20__05__

DATE: 8/4/05

X_____
AUSA

BY ORDER OF THIS COURT

X_____
DEPUTY CLERK